Judge Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ADRIAN SANTANA, <br> Defendant. | NO. CR06-240 MJP <br><br> ORDER TO DISMISS INDICTMENT |

This matter having come on before the undersigned court on the Government's Motion to Dismiss, pursuant to F.R.Cr.P. 48, the Court having considered the Motion and files and records, now therefore,

DISMISSES the above-entitled Indictment as the conduct charged is subsumed into *United States v. Domingo Santana et al*, CR06-220 JLR. The Detention Order for the defendant shall be transferred to *United States v. Domingo Santana et al*, CR06-220, and shall remain in full force and effect.

DATED the 24th day of August, 2006.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

Order to Dismiss Indictment
CR06-240-MJP/Adrian Santana

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970